UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA             )<br>ex. rel., KIRT NEWTON &                  )<br>KIRT NEWTON,                                   )<br>                                                            )<br>          Plaintiffs                                    )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>THE GRAY COMPANY, f/k/a            )<br>JAMES N. GRAY COMPANY,          )<br>et al.,                                                   )<br>                                                            )<br>          Defendants.                              )<br>                                                            ) | Docket No. 06-cv-39-P-S |

**ORDER ON PLAINTIFFS' MOTION FOR CHANGE OF VENUE &
DEFENDANTS' MOTION TO DISMISS**

Before the Court is the Motion to Dismiss by Gray Construction, Inc. and Travelers Casualty and Surety Company (Docket # 7) and Plaintiffs' Motion for Change of Venue (Docket # 13). In the absence of any objection, the Court hereby DENIES without prejudice Defendants' Motion to Dismiss (Docket # 7) and GRANTS Plaintiffs' Motion for Change of Venue (Docket # 13).

In the Motion for Change of Venue, Plaintiff Kirt Nelson represents that Defendants have filed suit against him in United States District Court for the Eastern District of Kentucky (E.D.K.Y. Docket # 06-131-JBC). Plaintiff's counsel further represents that they have consulted with Defendant's counsel and determined that the claims raised in this case are best litigated in conjunction with the claims pressed by Defendants in the case filed in the Eastern District of Kentucky. In light of both parties'

consent to the transfer of this matter and having considered the arguments raised in Defendant's Motion to Dismiss, the Court hereby finds that transfer of this case to the Easter District of Kentucky best serves the interests of justice in accordance with 28 U.S.C. § 1404(a).  Therefore, the Court ORDERS that this case be so transferred.

    SO ORDERED.

                                                            /s/ George Z. Singal
                                                 United States Chief District Judge

Dated on this 23rd day of May 2006.